Polina Mullayeva, Appellant, v Robert Mullayev, Respondent.

Submitted October 6, 2008; decided December 2, 2008

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602).

St. Lawrence Factory Stores, Appellant, v Ogdensburg Bridge and Port Authority, Respondent.

Submitted September 15, 2008; decided December 2, 2008

Motion by Richard A. Lord, Esq. for leave to file a memorandum of law amicus curiae on the motion for leave to appeal herein denied.

St. Lawrence Factory Stores, Appellant, v Ogdensburg Bridge and Port Authority, Respondent.

Submitted September 8, 2008; decided December 2, 2008

Motion by General Building Contractors of New York State, Inc. for leave to file a memorandum of law amicus curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed.

In the Matter of the Estate of James E. Selvy, Deceased. Allan Selvy, Appellant; Valerie Taylor et al., Respondents.

Submitted October 14, 2008; decided December 2, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.